UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN MELENDEZ,<br><br>             Plaintiff,<br>v.<br><br>BP OIL SHIPPING COMPANY, USA, et al.,<br><br>             Defendants. | Civil No. 05cv2161-R (NLS)<br><br>**NOTICE AND ORDER VACATING AND RESETTING MANDATORY SETTLEMENT CONFERENCE** |

On June 8, 2006, the Court issued an order [Doc. No. 12] in the above-captioned matter, setting a Voluntary Settlement Conference ("VSC") for September 11, 2006, which was subsequently continued to October 2, 2006, based on the stipulation of the parties.

On the Court's own motion, based on a conflict that has arisen with the Court's calendar, the VSC is hereby **VACATED** and **RESET** for *<u>October 10, 2006</u>* at *<u>2:00 p.m.</u>* Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers no later than *<u>October 6, 2006</u>*. All other terms and conditions of the Court's Order [Doc. No. 12] shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: September 12, 2006

Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court