UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN MELENDEZ,<br><br>        Plaintiff,<br>v.<br><br>BP OIL SHIPPING COMPANY, USA, et al.,<br><br>        Defendants. | Civil No. 05cv2161-R (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND FIRST AMENDED SCHEDULING ORDER**<br><br>[Doc. No. 40] |

     The parties filed a joint motion to continue the discovery cutoff and motion cutoff dates in the Court's July 2, 2007 First Amended Scheduling Order. For good cause shown, the Court **GRANTS** the joint motion, and **ORDERS** that these amendments be made to the First Amended Scheduling Order:

     1.    All discovery, including experts, shall be completed by all parties on or before *__July 20, 2007__*, except plaintiff shall produce documents expected from the Social Security Administration as soon as they are received. Further, defendants BP Oil Shipping Company, USA and National Steel and Shipbuilding Company shall be allowed to take Dr. McCoin's deposition on *__August 21, 2007__*.

     2.    All other pretrial motions must be filed on or before *__September 3, 2007__*. Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Be further advised that the period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard.

3. All other provisions in the Court's February 9, 2007 Scheduling Order shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED: July 23, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge